IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARK D. PFLUEGER,** | ) | **CASE NO. 4:06CV3292** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **JO ANN B. BARNHART,** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Motion to Leave to Appeal In Forma Pauperis filed by Plaintiff Mark D. Pflueger. I have considered the Application to Proceed without Prepayment of Fees and Affidavit (Filing No. 2, Attachment 2), and I find that it is materially incomplete based on the Plaintiff's failure to explain his response to question no. 3 of the application. Therefore,

IT IS ORDERED:

Plaintiff Mark D. Pflueger shall supplement his Application to Proceed without Prepayment of Fees by identifying the source of the money, the amount received, and the amount he expects to continue to receive in explanation for his response to question no. 3. The supplement shall be filed on or before January 31, 2007.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge