IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK D. PFLUEGER, | ) | CASE NO. 4:06CV3292 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| LINDA S. McMAHON, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's application to proceed in forma pauperis (Filing No. 2) filed by counsel, and the supplemental affidavit filed by the Plaintiff, Mark Pflueger (Filing no. 5). Based on my review of these documents,

IT IS ORDERED:

1. The Plaintiff's application to proceed in forma pauperis (Filing No. 2) is granted, and the filing of the Complaint shall not incur any payment of fees;

2. The Clerk shall issue the proper summonses;

3. If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from the plaintiff or security therefor. In making such a request, plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the Complaint; and

4. This Order is entered without prejudice to the Court later entering an order taxing costs in this case. No one, including the Plaintiff, is relieved by this Order from the obligation to pay or to reimburse taxable costs after the completion of this action.

DATED this 14th day of February, 2007.

                                                                  BY THE COURT:

                                                                  s/Laurie Smith Camp
                                                                  United States District Judge