IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK D. PFLUEGER, | ) | CASE NO. 4:06CV3292 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner for the Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Plaintiff's Amended Motion for an Enlargement of Time within which to file his brief in support of the appeal (Filing No. 17) is granted. The briefing schedule is amended as follows:

    a. The Plaintiff shall file and serve a brief on or before July 31, 2007; and

    b. The Defendant shall file and serve a brief on or before August 31, 2007; and

2. The Clerk is directed to terminate the duplicate motion at filing no. 15.

DATED this 6th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge