IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK D. PFLUEGER, | ) | CASE NO. 4:06CV3292 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, as | ) | |
| Commissioner for the Social Security | ) | |
| Administration; ATTORNEY GENERAL, | ) | |
| and US ATTORNEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The Plaintiff's Motion for Leave to File an Affidavit (Filing No. 21) is granted; and the Affidavit of Counsel filed as Attachment 1 at Filing No. 21, is hereby substituted for the Statement of Counsel identified in the Plaintiff's Index of Evidence at Filing No. 20.

DATED this 9th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge