IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK D. PFLUEGER, | ) | Case. No. 4:06CV3292 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion for leave to file a reply brief. The court finds that leave should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Leave to File a Reply Brief (Filing No. 20) is granted as follows: The Plaintiff is granted leave to file a reply brief **that is no longer than 10 pages in length;** and

2. The reply brief shall be filed on or before Monday, September 17, 2007.

Dated this 7th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge